# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIE KEGG,** | : |
| **Plaintiff** | : CIVIL ACTION NO. 3:15-0792 |
| **v.** | : (JUDGE MANNION) |
| **NANCY A. BERRYHILL,** | : |
| **ACTING COMMISSIONER OF** | |
| **SOCIAL SECURITY,**[1] | : |
| **Defendant** | : |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the plaintiff's objections to the report of Judge Cohn, **(Doc. 20)**, are **OVERRULED**;

**(2)** the report of Judge Cohn recommending that the plaintiff's appeal be denied, **(Doc. 17)**, is **ADOPTED IN ITS ENTIRETY**; and

---

[1] On January 23, 2017, Nancy A. Berryhill became the Acting Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin, Acting Commissioner of Social Security, as the defendant in this suit.

**(3)**   the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  March 23, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0792-01-ORDER.wpd